CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 22 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| STaSIS, Inc., | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 5:11cv00117 |
| | ) |
| v. | ) |
| | ) |
| JOEL SCHURTZ, et al., | ) By: Hon. Michael F. Urbanski |
| | ) United States District Judge |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on July 9, 2014, recommending that defendant Joel Schurtz's petition to enforce settlement agreement be granted. Specifically, the magistrate judge recommended entering judgment against STaSIS, Inc., in the amount of $18,750.00.

No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, the court hereby **GRANTS** defendants' motion petition to enforce settlement agreement, Dkt. No. 90, and **ADOPTS** in toto the report and recommendation, Dkt. No. 99. Furthermore, judgment is hereby **ENTERED** in favor of Joel Schurtz against STaSIS, Inc., in the amount of $18,750.00.

It is **ORDERED**.

The Clerk is directed to send a certified copy of this Order to the pro se plaintiff and to all counsel of record.

Entered: August 20, 2014

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge